THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND MATHIS, #140252 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 1:08-CV-606-WHA |
| | ) [WO] |
| | ) |
| SHERIFF ANDY HUGHES, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# ORDER

On August 4, 2008, the Magistrate Judge filed a Recommendation (Doc. 5) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 5) of the Magistrate Judge is ADOPTED;

2. The Plaintiff's claim against defendants Hughes, Reed, Turner and Smoak challenging the medical treatment provided to him at the Houston County Jail for back pain be dismissed as malicious prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

3. Jason Smoak be dismissed as a defendant in this cause of action; and

4. The Plaintiff's deliberate indifference to safety claims presented against defendants Hughes, Reed, Turner, Marsh and Buckmann be referred back to the Magistrate Judge for additional proceedings.

Done this 20th day of August, 2008.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE